UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMED ABDELKADIR,

    Plaintiff,

    v.

UNIVERSITY DISTRICT PARKING
ASSOCIATES, INC., *et al.*,

    Defendant.

Case No. C08-0869RSL

ORDER DENYING MOTION
FOR RECONSIDERATION

This matter comes before the Court on plaintiff's motion for reconsideration of the Court's August 12, 2008 order denying his motion to recover the costs he incurred in serving defendants (Dkt. #23). "Motions for reconsideration are disfavored. The Court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rule 7(h).

In this case, plaintiff has not shown any error in the prior ruling, any new facts, or any new and relevant legal authority. Accordingly, the Court DENIES plaintiff's motion for

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

1 | reconsideration. (Dkt. #29).

DATED this 25th day of August, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION - 2