The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMED ABDELKADIR, a Married Person, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY DISTRICT PARKING ASSOCIATES, INC., a Washington Corporation, and MIKE CHARTREY, <br><br> Defendants. | NO. C08-0869-RSL <br><br> STIPULATION AND ORDER OF DISMISSAL |

Plaintiff and Defendants, having settled all claims between them in this case, hereby jointly request that the Court enter an order dismissing the above captioned action and all claims asserted therein with prejudice.

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

DATED this 17th day of March, 2009.

        s/Walter E. Barton
        Walter E. Barton, WSBA # 26408
        Attorneys for Defendants

        Karr Tuttle Campbell
        1201 Third Avenue, Suite 2900
        Seattle, WA 98101
        Phone: (206) 223-1313
        Fax: (206) 682-7100
        E-mail: gbarton@karrtuttle.com

        s/Mohamed Abdelkadir
        Mohamed Abdelkadir
        Plaintiff, Pro Se

## ORDER

The stipulation of Plaintiff and Defendants having been presented to the Court for an order of dismissal with prejudice and the Court finding good cause to enter such an order,

IT IS NOW HEREBY ORDERED that this matter and all claims asserted herein by the parties are dismissed with prejudice, each party to pay its own costs and fees.

DATED at Seattle, Washington, this 17th day of March, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 2
C08-0869-RSL
#701019 v1 / 35665-003

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100